# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Allen D Billingslea and Melissa A. Billingslea | BKY. NO. 12-01773 MDF |
| Debtor(s) | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: BAC)

                      Respectfully submitted,

                      **/s/ Thomas Puleo**
                      Thomas Puleo, Esquire
                      James C. Warmbrodt, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 825-6306  FAX (215) 825-6406
                      Attorney for Movant/Applicant