```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 12-01773-RNO
Allen D Billingslea                                                     Chapter 13
Melissa A. Billingslea
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: karendavi              Page 1 of 3              Date Rcvd: May 17, 2017
                               Form ID: 3180W               Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db/jdb        +Allen D Billingslea,   Melissa A. Billingslea,    370 Lynne Drive,    Mt Wolf, PA 17347-9598
4068769       +ACS,   501 BLEECKER ST,    UTICA, NY 13501-2401
4068770        ACS,   PO BOX 7051,    UTICA, NY 13504-7051
4090614       +AES/PHEAA,   PO BOX 8183,    HARRISBURG, PA 17105-8183
4101704       +AES/PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
4104870        AHELA,   c/o ACS,   P. O. Box 22724,    Long Beach, CA 90801-5724
4135748       +American Student Assistance Guarantor,    100 Cambridge Street Suite 1600,
                Boston, MA 02114-2567
4068774       +BRAZOS HIGHER EDUCATION,   2600 WASHINGTON AVE,    WACO, TX 76710-7449
4068775       +BRAZOS HIGHER EDUCATION,   PO BOX 1308,    WACO, TX 76703-1308
4068776       +BRIAN BLITZ PA,   8726 TOWN & COUNTRY BLVD,    STE 205,    ELLICOTT CITY, MD 21043-3002
4586083       +Caliber Home Loans, Inc.,    13801 Wireless Way,   Oklahoma City, OK 73134-2500
4562557       +Caliber Home Loans, Inc.,    4500 Park Granada,   Calabasas, CA 91302-1613
4068781       +FOCUS RECEIVABLE MANAGEMENT,    1130 NORTHCHASE PKWY,    STE 150,    MARIETTA, GA 30067-6429
4068782       +FOCUS RECEIVABLE MANAGEMENT,    PO BOX 725069,   ATLANTA, GA 31139-2069
4068787       +MEMBERS FIRST FCU,    PO BOX 2104,   MECHANICSBURG, PA 17055-2104
4068789       +MEMBERS FIRST FCU,    535 DUNDALK AVE,   BALTIMORE, MD 21224-2903
4068793      ++PROFESSIONAL RECOVERY CONSULTANTS INC,    2700 MERIDIAN PARKWAY,    SUITE 200,
                DURHAM NC 27713-2450
               (address filed with court: PROFESSIONAL RECOVERY CONSULTANTS,    2700 MERIDIAN PARKWAY,
                STE 200,   DURHAM, NC 27713)
4068797       +SHEFFIELD FINANCIAL/BB&T FINANCIAL,    PO BOX 1704,   CLEMMONS, NC 27012-1704
4068798       +THE TIME GROUP INC (#1),    7 F GWYNNS MILL COURT,   OWINGS MILLS, MD 21117-3528
4068799       +TIME GROUP INC (#1),    ALLYSON GARDENS I,   701 CATHEDRAL STREET,    BALTIMORE, MD 21201-5223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             EDI: AIS.COM May 17 2017 19:03:00      Midland Funding LLC by American InfoSource LP as a,
                Attn: Department 1,   PO Box 4457,    Houston, TX 77210-4457
cr             EDI: RECOVERYCORP.COM May 17 2017 19:03:00      Recovery Management Systems Corporation,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4068771       +EDI: BANKAMER.COM May 17 2017 19:03:00      BAC HOME LOANS,   PO BOX 15222,
                WILMINGTON, DE 19886-5222
4068773        EDI: BANKAMER.COM May 17 2017 19:03:00      BANK OF AMERICA,   1100 NORTH KING ST,
                WILMINGTON, DE 19884
4068772        EDI: BANKAMER.COM May 17 2017 19:03:00      BANK OF AMERICA,   PO BOX 15019,
                WILMINGTON, DE 19886
4101466        EDI: BANKAMER2.COM May 17 2017 19:03:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102
4154212       +EDI: BANKAMER.COM May 17 2017 19:03:00      Bank of America, N.A.,    7105 Corporate Drive,
                Plano, TX 75024-4100
4068777       +EDI: RMSC.COM May 17 2017 19:03:00     CARE CREDIT/GEMB,   PO BOX 960061,
                ORLANDO, FL 32896-0061
4088418        EDI: CBSAAFES.COM May 17 2017 19:03:00      AAFES/MIL STAR/EXCHANGE,
                c/o Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas, TX 75374
4068780        EDI: CBSAAFES.COM May 17 2017 19:03:00      EXCHANGE CREDIT PROGRAM,   PO BOX 78731,
                PHOENIX, AZ 85062
4068790        EDI: CBSAAFES.COM May 17 2017 19:03:00      MILITARY STAR,   3911 S WALTON WALKER BLVD,
                DALLAS, TX 75236
4068778        EDI: DIRECTV.COM May 17 2017 19:03:00      DIRECT TV,   PO BOX 6550,    ENGLEWOOD, CO 80155
4068779        EDI: DIRECTV.COM May 17 2017 19:03:00      DIRECT TV,   PO BOX 9001069,
                LOUISVILLE, KY 40290-1069
4160783        EDI: ECMC.COM May 17 2017 19:03:00     ECMC,   P. O. Box 75906,    St. Paul, MN 55175
4109290        EDI: RMSC.COM May 17 2017 19:03:00     GE Capital Retail Bank,    Attn: Bankruptcy Department,
                PO Box 960061,   Orlando FL 32896-0661
4165807        EDI: RMSC.COM May 17 2017 19:03:00     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
4068783       +EDI: RMSC.COM May 17 2017 19:03:00     GECRB/LOWES,   PO BOX 965005,    ORLANDO, FL 32896-5005
4068784       +EDI: RMSC.COM May 17 2017 19:03:00     GEMB/CARE CREDIT,   PO BOX 981439,
                EL PASO, TX 79998-1439
4068785       +EDI: IIC9.COM May 17 2017 19:03:00     IC SYSTEMS,   444 HIGHWAY 96 EAST,    PO BOX 64437,
                SAINT PAUL, MN 55164-0437
4147840        EDI: AIS.COM May 17 2017 19:03:00      InSolve Recovery, LLC by American InfoSource LP,
                PO Box 269093,   Oklahoma City, OK 73126-9093
4068786       +EDI: RMSC.COM May 17 2017 19:03:00     LOWES/GECRB,   PO BOX 530914,    ATLANTA, GA 30353-0914
4068788       +E-mail/Text: unger@members1st.org May 17 2017 19:16:41      MEMBERS FIRST FCU,   PO BOX 40,
                MECHANICSBURG, PA 17055-0040
4302490        EDI: AIS.COM May 17 2017 19:03:00      Midland Funding LLC,   by American InfoSource LP as agent,
                Attn: Department 1,   PO Box 4457,    Houston, TX 77210-4457
4068791       +E-mail/Text: electronicbkydocs@nelnet.net May 17 2017 19:16:27      NELNET,   3015 S PARKER ROAD,
                SUITE 400,   AURORA, CO 80014-2904
4068792       +E-mail/Text: electronicbkydocs@nelnet.net May 17 2017 19:16:27
                NELNET/DEPARTMENT OF EDUCATION,   121 S 13TH ST,   LINCOLN, NE 68508-1904
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4088739        +E-mail/Text: bknotice@ncmllc.com May 17 2017 19:16:29      National Capital Management, LLC,
                 agent for GE Capital Retail Bank,   8245 Tournament Drive,   Suite 230,
                 Memphis, TN 38125-1741
4093206        +E-mail/Text: electronicbkydocs@nelnet.net May 17 2017 19:16:27
                 Nelnet on behalf of the U.S. Department of Educati,   3015 South Parker Road, Suite 400,
                 Aurora, CO 80014-2904
4170083        +EDI: OPHSUBSID.COM May 17 2017 19:03:00      Oak Harbor Capital VI, LLC,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
4113316         EDI: PRA.COM May 17 2017 19:03:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
4165808         EDI: RECOVERYCORP.COM May 17 2017 19:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4068794        +EDI: SEARS.COM May 17 2017 19:03:00      SEARS,   PO BOX 183081,   COLUMBUS, OH 43218-3081
4068795        +EDI: SEARS.COM May 17 2017 19:03:00      SEARS,   PO BOX 6282,   SIOUX FALLS, SD 57117-6282
4068796        +E-mail/Text: bankruptcy@bbandt.com May 17 2017 19:16:21      SHEFFIELD FINANCIAL,
                 2554 LEWISVILLE CLEMMONS RD,   CLEMMONS, NC 27012-8110
4111809        +E-mail/Text: bankruptcy@bbandt.com May 17 2017 19:16:21      Sheffield Financial / BB&T,
                 Bankruptcy Section,   PO Box 1847,   Wilson NC 27894-1847
4142437         EDI: VERIZONEAST.COM May 17 2017 19:03:00      VERIZON,   PO BOX 3037,
                 BLOOMINGTON, IL 61702-3037
4068800        +EDI: VERIZON.COM May 17 2017 19:03:00      VERIZON,   PO BOX 11328,
                 SAINT PETERSBURG, FL 33733-1328
4068801        +E-mail/Text: bankruptcydept@wyn.com May 17 2017 19:16:35      WYNDHAM,   PO BOX 98940,
                 LAS VEGAS, NV 89193-8940
4068802        +E-mail/Text: bankruptcydept@wyn.com May 17 2017 19:16:35      WYNDHAM VACATIONS,
                 10750 W CHARLESTON,   STE 130,   LAS VEGAS, NV 89135-1049
4082018        +E-mail/Text: bankruptcydept@wyn.com May 17 2017 19:16:35      Wyndham Vacation Resorts Inc,
                 PO Box 97474,   Las Vegas, NV 89193-7474
4374248         EDI: ECAST.COM May 17 2017 19:03:00      eCAST Settlement Corporation,   POB 29262,
                 New York NY 10087-9262,    eCAST Settlement Corporation,   POB 29262,   New York NY 10087-9262
4374247         EDI: ECAST.COM May 17 2017 19:03:00      eCAST Settlement Corporation,   POB 29262,
                 New York NY 10087-9262
                                                                                               TOTAL: 41

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*            +American Student Assistance Guarantor,   100 Cambridge Street Suite 1600,
                 Boston, MA 02114-2567
cr*             ECMC,   P O Box 75906,   St. Paul, MN 55175
cr*             InSolve Recovery, LLC by American InfoSource LP,   PO Box 269093,
                 Oklahoma City, OK 73126-9093
cr*            +Oak Harbor Capital VI, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
cr*             eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
4586084*       +Caliber Home Loans, Inc.,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
4093253*       +Nelnet on behalf of the U.S. Department of Educati,   3015 South Parker Road, Suite 400,
                 Aurora, CO 80014-2904
                                                                                 TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: karendavi              Page 3 of 3              Date Rcvd: May 17, 2017
                               Form ID: 3180W               Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2017 at the address(es) listed below:

```
          Ann E. Swartz    on behalf of Creditor   LSF9 Master Participation Trust ASwartz@mwc-law.com,
           ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor   LSF9 Master Participation Trust
           ecfmail@mwc-law.com
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Jerome B Blank    on behalf of Creditor   LSF9 Master Participation Trust pamb@fedphe.com
          Joseph Angelo Dessoye    on behalf of Creditor   Caliber Home Loans, INC. pamb@fedphe.com
          Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Mario John Hanyon    on behalf of Creditor   LSF9 Master Participation Trust pamb@fedphe.com
          Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Timothy Alan Baker    on behalf of Debtor Allen D Billingslea bakerlawfirmllc@yahoo.com,
           tbakerlaw@msn.com
          Timothy Alan Baker    on behalf of Joint Debtor Melissa A. Billingslea bakerlawfirmllc@yahoo.com,
           tbakerlaw@msn.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Allen D Billingslea** | Social Security number or ITIN | xxx–xx–6401 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Melissa A. Billingslea** | Social Security number or ITIN | xxx–xx–2976 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | |
| Case number: | **1:12–bk–01773–RNO** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Allen D Billingslea                    Melissa A. Billingslea

**By the court:**

May 17, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: karendavis, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**